IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. FISHER, MYRTLE HUMPHREY, and MICHELLE GABARA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV378 |
| v. | ) ) ) | |
| TOVEY GOYNES, JAMES W. MCKENZIE, DANIEL J. MARRS, and ROBERT P. HOUSTON, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

This matter is before the court on Plaintiffs' Motion for Enlargement of Time. (Filing No. 18.) The motion is granted, and Plaintiffs shall have until January 7, 2008 to file their Second Amended Complaint.

IT IS THEREFORE ORDERED that:

1. The Plaintiffs' Motion for Enlargement of Time (filing no. 18) is granted.

2. The Clerk of the court is directed to set a pro se case management deadline stating: "January 7, 2008: deadline for filing Second Amended Complaint."

January 3, 2008.                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge