IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. FISHER, MYRTLE HUMPHREY and MICHELLE GABARA, <br><br> Plaintiffs, <br><br> v. <br><br> TOVEY GOYNES, JAMES W. MCKENZIE, DANIEL J. MARRS, and ROBERT P. HOUSTON, In their official and individual capacities, <br><br> Defendants. | 8:07CV378 <br><br><br><br> ORDER |

IT IS ORDERED:

The motion of John L. Jelkin to substitute counsel, filing no. 45, is granted and Stephanie Caldwell is substituted as counsel for defendants.

DATED this 16th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge