## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. FISHER, | ) | Case No. 8:07CV378 |
| MYRTLE HUMPHREY, and | ) | |
| MICHELLE GABARA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOVEY GOYNES, | ) | |
| JAMES W. McKENZIE, | ) | |
| RYAN MAHR, and | ) | |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1.      Defendants' motion for enlargement of time (filing 61) is granted. Defendants shall have until November 17, 2008, to answer or file a motion under Federal Rule of Civil Procedure 12(b) or (e).

2.      Defendants' motion to withdraw document (filing 66) is granted. Defendants' motion to abstain or in the alternative motions to stay proceedings and for a protective order (filing 47) is withdrawn.


November 14, 2008.                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge