IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. FISHER, MYRTLE HUMPHREY, and MICHELLE GABARA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV378 |
| v. | ) ) | |
| TOVEY GOYNES, In his official and individual capacities, JAMES W. MCKENZIE, In his official and individual capacities, ROBERT P. HOUSTON, In his official and individual capacities, and RYAN MAHR, In his individual and official capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

A telephone conference regarding the progression of this case will be held February 12, 2009 at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 6th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge