IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. FISHER, MYRTLE HUMPHREY and MICHELLE GABARA,<br><br>      Plaintiffs,<br><br>      v.<br><br>TOVEY GOYNES, In his official and individual capacities, JAMES W. MCKENZIE, In his official and individual capacities, ROBERT P. HOUSTON, In his official and individual capacities, and RYAN MAHR, In his individual and official capacities,<br><br>      Defendants. | 8:07CV378<br><br>ORDER |

    A telephone conference with counsel was held this date pursuant to Fed. R. Civ. P. 16. The court and counsel discussed the Rule 26(f) Report of Parties' Planning Meeting, filing no. 74 and the general needs for progression of the case and preparing the case for trial. Following the discussion, counsel agreed that an amended report should be filed.

    IT THEREFORE HEREBY IS ORDERED:

    Counsel are given thirty days in which to meet and confer and file their amended report of parties' planning meeting.

    DATED this 12th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge