IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. FISHER, MYRTLE HUMPHREY, and MICHELLE GABARA, | ) ) ) ) | 8:07CV378 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| TOVEY GOYNES, JAMES W. MCKENZIE, ROBERT P. HOUSTON, and RYAN MAHR, in their individual and official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1)     The defendant's motion to continue the pretrial conference, (filing no. 115), is granted.

2)     The pretrial conference will be held before the undersigned magistrate judge on March 4, 2010 at 1:30 p.m.  One hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on March 3, 2010, and the draft order shall conform to the requirements of the local rules

3)     The nonjury trial of this case remains set to commence at 9:00 a.m. on March 22, 2010 before the Honorable Richard G. Kopf.

DATED this 22nd day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge